**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

BUD OWEN WILLIAMS                                                              PLAINTIFF

VS.                                               CIVIL ACTION NO.: 5:05cv34(DCB)(JCS)

CITY OF FAYETTE, MISSISSIPPI, and
ROGERS KING, in his individual capacity                                DEFENDANTS

**AGREED ORDER EXTENDING THE DEADLINE FOR
DEFENDANTS TO SERVE THEIR REBUTTAL
MEMORANDUM IN SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT**

1.      Defendants served their Motion for Summary Judgment on June 15, 2006.

2.      After agreeing to Plaintiff's two (2) requests for an extension of time, Plaintiff served an oppositional response on July 18, 2006.  Accordingly, Defendants' Rebuttal Memorandum is due on July 28, 2006.

3.      Due to the prior commitments of defense counsel, Defendants now request an additional five (5) days in which to serve their Rebuttal Memorandum.

4.      Plaintiff's counsel has no objection to the proposed extension of time.

5.      No other previously scheduled dates should be changed by this Order.

IT IS THEREFORE ORDERED AND AGREED that the current deadline for serving Defendants' Rebuttal Memorandum is extended five (5) days, making it now due on August 4, 2006.

SO ORDERED this the 27th day of July, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE

SO AGREED:

 _/s/Luther C. Fisher, IV._____
Luther C. Fisher, IV


 _/s/Tori L. Winfield_____
Tori L. Winfield